Dykema 100 YEARS EST. 1926

**Dykema Gossett PLLC**
10 S. Wacker Drive
Suite 2300
Chicago, IL 60606
WWW.DYKEMA.COM
Tel: (312) 876-1700
Fax: (312) 876-1155

**Melanie J. Chico**
Direct Dial: (312) 627-2558
Direct Fax: (800) 951-5520
Email: MChico@dykema.com

October 21, 2026

**VIA ECF**

Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East, Courtroom 4GN
Brooklyn, New York 11201

**Re:*Salley, Chris v. Tend Dental, Inc.* Case No. 2026-CV-03925 (E.D.N.Y)— Defendant's Request for Leave to File Supplemental Declaration**

Dear Judge Donnelly:

We represent Defendant Tend Dental, Inc. ("Tend") in the above-referenced action. Pursuant to Your Honor's Individual Practices and Rules and Local Civil Rule 7.1(e), Tend respectfully requests leave to submit a supplemental declaration of David Boling in advance of the November 3, 2026 pre-motion conference concerning Tend's anticipated motion to compel arbitration.

Tend previously submitted Mr. Boling's declaration in support of its request for leave to move to compel arbitration, describing Tend's online appointment booking process, the presentation of its Terms of Use, and Plaintiff's appointment booking history. In his September 14, 2026 response (ECF No. 15), Plaintiff relies on certain booking screens, based on a recent visit *by counsel*, to challenge the adequacy of Tend's Terms of Use notice. However, Plaintiff's characterization does not fully account for the variations in Tend's booking process or, more importantly, what Mr. Salley actually saw given his activity on the site.

Tend therefore seeks leave to submit a supplemental declaration providing additional context regarding the operation of its booking process and addressing the specific screens identified in Plaintiff's response. The proposed declaration explains how the sequence and presentation of booking screens varied depending on factors including appointment type, location, insurance requirements, payment requirements, and whether a patient was logged into an existing account. It also provides additional information concerning Plaintiff's booking history and the relevance of those configurations to his particular transactions.

The proposed declaration is narrowly directed at the factual issues raised in Plaintiff's response and is intended to assist the Court in evaluating the parties' respective positions at the upcoming

conference. Tend does not seek to introduce additional legal arguments or expand the relief requested in its original submission. Rather, the supplemental declaration provides relevant factual context to ensure that the Court's consideration of the anticipated motion rests on an accurate understanding of Tend's booking process.

Accordingly, Tend respectfully requests leave to file the Supplemental Declaration of David Boling, for the Court's consideration in connection with the November 3, 2026 conference.

Sincerely,

**Dykema Gossett PLLC**

*/s/ Melanie J. Chico*
Melanie J. Chico